UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, <br><br> Plaintiff, <br><br> v. <br><br> LINNEA BILLDT EPSTEIN; TAMRA BILLDT JOHNSON; BRIAN JOHN BILLDT; MARK ANDREW STUEN; MOLLY JANETTE OLBERTZ; PAUL FREDERICK STUEN; MARGOT ELIZABETH JOHNSON, <br><br> Defendant. | No. C 08-5671KLS <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

This matter is before the Court on the Motion for Reconsideration filed on behalf of Linndea Billdt Epstein, Tamra Billdt Johnson and Brian John Bildt. Dkt. 43.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule CR 7.

After review of the motion, the Court concludes that the moving parties have failed to meet the

Order Denying Motion
for Reconsideration
Page - 1

1 | showing required of the local rule and the motion is DENIED.
2 | DATED this 26th day of October, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Denying Motion
for Reconsideration
Page - 2